MARCO JULIO ENRIQUEZ, Respondent, v HOME LAWN CARE AND LANDSCAPING, INC., et al., Defendants, and JAMES EGLOFF, Appellant.

Submitted October 14, 2008; decided November 25, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.